UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Michael Quigley, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-0600- |
| | ) | |
| Vincent J. Giblin, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF CLIFTON ROGERS**

1. My name is Clifton Rogers. I am employed by Public Citizen.

2. On March 29, 2007, at the instruction of Paul Levy, I brought copies of the summons and complaint in this case to the office of Robert Weinberg, Bredhoff and Kaiser, 805 15th Street, NW, Washington DC. One summons was addressed to the International Union of Operating Engineers and the other was addressed to Vincent J. Giblin.

3. Mr. Levy told me that Mr. Weinberg had agreed to accept service for his clients. These documents were accepted by D. Santelmann.

> Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2007.
>
> *Clifton Rogers*
> Clifton Rogers