A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Michael Quigley, et. al.,

             Plaintiff(s)

                vs.

International Union of Operating
Engineers and Vincent J. Giblin

             Defendant(s)

)
)
)
)
)
)
)
)

**APPEARANCE**

CASE NUMBER    07-600 (RBW)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Matthew Clash-Drexler   as counsel in this
                         (Attorney's Name)

case for:  Defendants International Union of Operating Engineers and Vincent J. Giblin
                        (Name of party or parties)

5/14/2007
Date

477334
BAR IDENTIFICATION

*Matthew Clash-Drexler* (signature)
Signature

**Matthew Clash-Drexler**
Print Name

Bredhoff & Kaiser, PLLC; 805 15th St., NW #1000
Address

Washington, DC 20005
City        State        Zip Code

202-842-2600
Phone Number