UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| Michael Quigley, *et al.* | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | No. 07-0600- | |
| | ) | | |
| Vincent J. Giblin, *et al.*, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused Notices of Deposition of Don Chism, Joanna Pineda, and Vincent Giblin, and Plaintiffs' Request for Production of Documents, to be mailed to counsel for defendants by first class mail, postage prepaid, and to be sent to him by email as well, as follows:

Robert Weinberg, Esquire
Bredhoff and Kaiser
805 15th Street, NW,
Washington DC 20005.

                                                /s/ Paul Alan Levy
                                          Paul Alan Levy

                                           Public Citizen Litigation Group
                                           1600 - 20h Street, N.W.
                                           Washington, D.C. 20009
                                           (202) 588-1000

                                           Attorney for Plaintiffs

May 15, 2007