UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL J. QUIGLEY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. A. No. 07-600 (RBW) |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE REGARDING THE PARTIES' STIPULATION REGARDING THE RECORD BEFORE THE COURT ON THE CROSS-MOTIONS FOR SUMMARY JUDGMENT**

The parties, by their undersigned counsel, file notice of the following stipulation reached by the parties.

**I.  Plaintiffs Strike the Declaration of Paul Mueller and Certain Portions of Their Statement of Material Facts and Agree That Neither the Declaration Nor Those Portions of the Statement of Material Facts Will Be Part of the Record in Either of the Cross-Motions for Summary Judgment**

The parties hereby stipulate that, because Plaintiff Mueller was unable to come to Washington for a deposition in time for the parties' agreed deadline for Defendants to file their opposition to Plaintiffs' motion for summary judgment and preliminary injunction, Plaintiffs withdraw the Mueller Affidavit, and ¶¶ 28, 29, and 30 of Plaintiffs' Statement of Material Facts, which rely exclusively on that Affidavit. To the extent that other

paragraphs of Plaintiffs' Statement of Material Facts rely on the Mueller Affidavit in part, those paragraphs will rest only on the other evidence cited in support of them.

                                                                  Respectfully submitted,

                                                                   /s/
                               Paul A. Levy (DC 946400)
                               Gregory Beck (DC 494479)
                               Public Citizen
                               1600 20th St. NW
                               Washington, DC. 20009
                               202-588-1000

                               Attorney for Plaintiffs

                               Robert Weinberg (DC 085530)
                               Leon Dayan (DC 444144)
                               Matthew Clash-Drexler (DC 477334)
                               Bredhoff & Kaiser, P.L.L.C.
                               805 15th Street, NW
                               Suite 1000
                               Washington, DC   20005
                               202-842-2600
                               202-842-1888 (fax)

                               Attorneys for Defendants