UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. QUIGLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL UNION OF OPERATING ENGINEERS, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. A. No. 07-600 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Gregory A. Beck hereby enters his appearance for plaintiffs Michael J. Quigley, Joseph Ward, Paul Gonter, Patricia Kohl, and Paul Mueller.

                            Respectfully submitted,

                            /s Gregory A. Beck
                            Gregory A. Beck
                            DC Bar No. 494479
                            Public Citizen Litigation Group
                            1600 20th St., NW
                            Washington, DC 20009
                            Phone: (202) 588-7713
                            Fax: (202) 588-7795
                            Email: gbeck@citizen.org

                            *Counsel for Plaintiffs*

Dated:  June 20, 2007