UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MICHAEL QUIGLEY, et al.,            )
                                    )
       Plaintiffs,                  )
                                    )
v.                                  )   Civil Action No. 07-600 (RBW)
                                    )
VINCENT GIBLIN, et al.,             )
                                    )
       Defendants,                  )
_____)

**ORDER**

The plaintiffs filed this action on March 29, 2007, against the defendants alleging violations of §101(a)(2) of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. §411(a)(2), and §101(a)(4) of the LMRDA, 29 U.S.C. §411(a)(4). Complaint ("Compl") ¶¶41, 46. Specifically, the plaintiff contends that defendant International Union of Operating Engineers ("IUOE") General Executive Board's ("GEB") "website password protection rule violates section 101(a)(2) of the LMRDA, 29 U.S.C. §411(a)(2)." Id. ¶ 41. In addition, the plaintiffs contend that Article XVII, Section 4 of the IUOE Constitution "is void under section 101(b) of the LMRDA, 29 U.S.C. §411(b)." Id. ¶45. Currently before this Court is the defendants' motion for summary judgment and judgment on the pleadings and the plaintiffs' motion for summary judgment, or in the alternative, a permanent injunction ("Pls.' Mot."). In the pleadings submitted by the parties, the plaintiffs indicate that the parties request that "the Court defer ruling on Count Two, [the plaintiffs' claim that Article XVII, Section 4 of the IUOE Constitution is void under section 101(b) of the LMRDA, 29 U.S.C. §411(b)]." Pls.' Mot. at 1 n. 1. The plaintiffs' request is based on the "defendants [alleged] acknowledg[ment] that the

provision is legally unenforceable . . . and [the defendants] commit[ment] to begin steps to remove the . . . provision from their constitution." Id.  However, the defendants have not responded or otherwise commented on the plaintiffs' representation.   Accordingly, it is

**ORDERED** that by March 4, 2008, the defendants shall advise the Court in less than two pages whether count two of the plaintiffs' Complaint is still a claim properly before the Court and a claim upon which the defendants request summary judgment.

**SO ORDERED** this 26th day of February, 2008.

/s/_____
REGGIE B. WALTON
United States District Judge