UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL J. QUIGLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL UNION OF OPERATING ENGINEERS, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Civ. A. No. 07-600 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION DISMISSING COUNT II**

The parties, by and through their respective counsel, submit this Joint Stipulation dismissing Count II of Plaintiffs' Complaint.

1. On March 29, 2007, five plaintiffs filed a two-count complaint against Defendant International Union of Operating Engineers ("IUOE") and its General President Vincent J. Giblin.

2. In Count Two, the Plaintiffs allege that Article XVII, Section 4 of the IUOE Constitution violates Section 101(a)(4) of the LMRDA, 29 U.S.C. § 411(a)(4).

3. On May 12, 2007, Defendants moved for summary judgment and judgment on the pleadings on Count II, arguing (i) that the Plaintiffs lack standing to enjoin the provision in question and (ii) that the claims fails on the merits because it is predicated on a misapprehension as to the meaning of that provision and the enforcement policy under it. Because Defendants indicated that they were planning to follow the course described in the following paragraphs, Plaintiffs did not make any response to the

portion of the motion for summary judgment.  Plaintiffs anticipated that the parties would agree on a stipulation disposing of Count II.

    4.    On July 18, 2007, the General Executive Board of the IUOE voted to adopt the interpretation of General President Giblin concerning Article XVII, Section 4. Specifically, because the penalties set forth in that provision can only be imposed "to the extent not limited by law," General President Giblin had previously interpreted this provision to not allow for the imposition of penalties for its violation unless and until there is a change in the law.  The IUOE informed its membership of this interpretation in its Fall 2007 Magazine.

    5.    On July 18, 2007, the General Executive Board of the IUOE also voted to propose an amendment to the IUOE Constitution that would remove the penalty provision of Article XVII, Section 4 from the IUOE Constitution.  Under the IUOE Constitution, amendments must be voted on at the union's General Convention, which will take place beginning on April 27, 2008.

For those reasons, the parties submit this Joint Stipulation dismissing Count II of Plaintiffs' Complaint as moot.  The parties reserve for future disposition the question of whether any party should pay the other party's costs and attorneys' fees arising out of the litigation concerning this Count of the Complaint.  The Parties agree and understand that Defendants, in entering into this Stipulation, are preserving all grounds they may possess for opposing any request by Plaintiffs for attorneys' fees or costs, including but not limited to the ground that the Count II claim was, for the reasons set out in Defendants' May 12, 2007 motion for summary judgment and judgment on the pleadings,

jurisdictionally and substantively defective prior to the events set forth in paragraphs 4 and 5 above.

                                        Respectfully submitted,

                                          /s/Paul Alan Levy
                                        Paul Alan Levy (DC 946400)
                                        Gregory Beck (DC 494479)
                                        Public Citizen
                                        1600 20th St. NW
                                        Washington, DC. 20009
                                        202-588-1000

                                        Attorney for Plaintiffs

                                            /s/Leon Dayan
                                        Robert Weinberg (DC 085530)
                                        Leon Dayan (DC 444144)
                                        Matthew Clash-Drexler (DC 477334)
                                        Bredhoff & Kaiser, P.L.L.C.
                                        805 15th Street, NW
                                        Suite 1000
                                        Washington, DC   20005
                                        202-842-2600
                                        202-842-1888 (fax)

                                        Attorneys for Defendant