UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL QUIGLEY, et al.,      )<br>                                   )<br>       Plaintiffs,    )<br>                                   )<br>    v.                          )<br>                                   )<br>VINCENT GIBLIN, et al.,       )<br>                                 )<br>      Defendants,   )<br>                                 ) | Civil Action No. 07-600 (RBW) |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of March, 2008

**ORDERED** that the Defendant's Motion for Summary Judgment as to Count I of the plaintiffs' complaint is **GRANTED**.[1]  It is further

**ORDERED** that the Plaintiffs' Motion for Summary Judgment or in the Alternative, for a Preliminary Injunction is **DENIED**.  It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge

---

[1] Pursuant to a Joint Stipulation filed by the parties on March 4, 2008, Count II of the plaintiffs' complaint was dismissed.