**PUBLIC CITIZEN LITIGATION GROUP**

1600 20TH STREET, N.W.
WASHINGTON, D.C. 20009-1001

(202) 588-1000

April 11, 2008

Honorable Reggie Walton
United States District Judge
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

            Re:    *Quigley v. Giblin*
                    No. 07-600 (RBW)

Dear Judge Walton:

      I am writing to request the prompt issuance of the Court's opinion explaining its reasons for its March 28, 2008 order denying the motion for a preliminary injunction that we filed on May 28, 2007, seeking relief against speech-repressive rules adopted by the International Union of Operating Engineers. Because another local union election cycle has begun within the union, free speech rights are being lost every day, and my clients may wish to appeal the decision.

      Ordinarily, we prefer to evaluate the potential for appeal by considering the Court's reasoning. However, the time to appeal from the denial of the preliminary injunction is not tolled during the time between issuances of the order denying the preliminary injunction and the opinion explaining the denial. This is true even assuming that the order's statement that it is not final can defer our time to appeal from the final judgment (a matter on which we have not completed our analysis). We may, therefore, be compelled to appeal the Court's order without the benefit of its reasoning.

      Accordingly, I request the issuance of an Opinion explaining the reasons for denying the preliminary injunction, so that I can advise my clients accordingly.

                                                                  Respectfully yours,

                                                               /s/ Paul Alan Levy
                                                              Paul Alan Levy

cc: Robert Weinberg, Esquire