UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Michael Quigley, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-600 (RBW) |
| | ) | |
| Vincent J. Giblin, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

All plaintiffs hereby appeal from the Court's order dated March 28, 2008, and from all orders that are merged into that order.

          /s/ Paul Alan Levy
Paul Alan Levy (DC Bar No. 946400)
Gregory Beck (DC Bar No. 494479)

Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

Attorneys for Plaintiffs

April 25, 2008