# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-7056**   **September Term 2007**

1:07-cv-00600

Filed On: July 30, 2008

Michael J. Quigley, et al.,

    Appellants

v.

Vincent Giblin and International Union of Operating Engineers,

    Appellees

## ORDER

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court. The parties are directed to notify the court promptly following the district court's issuance of an opinion explaining the reasons for its March 28, 2008 order.

The Clerk is directed to transmit a copy of this order to the district court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Sabrina M. Crisp
Deputy Clerk